## VERIFIED RETURN OF SERVICE

| | | |
|---|---|---|
| State of Florida | County of MIDDLE | District Court |

Case Number: 8:20-CV-2207-T-33AAS

Plaintiff:
**JODIE LYNN STONE DALY**

vs.

Defendant:
**BYL COLLECTION SERVICES, LLC and CARDIONETT, LLC**

For:
AARON SWIFT
SWIFT LAW, P.A.
10460 ROOSEVELT BLVD. N.
STE. 313
ST. PETERSBURG, FL 33716

Received by ORANGE LEGAL, A VERITEXT COMPANY on the 23rd day of September, 2020 at 10:34 am to be served on **CARDIONET, LLC c/o CT CORPORATION SYSTEM, RA, 1200 S. PINE ISLAND RD., PLANTATION, FL 33324**.

I, Chris Yeoman, do hereby affirm that on the **23rd day of September, 2020** at **2:25 pm, I:**

SERVED the within named LLC by delivering a true copy of the **Summons and Complaint with Exhibits** with the date and hour of service endorsed thereon by me to **MONICKA CREARY** as **INTAKE SPECIALIST FOR RA** of **CARDIONET, LLC** service being made at **1200 S. PINE ISLAND RD., PLANTATION, FL 33324** pursuant to F.S. 48.062.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: BLACK, Height: 5'8, Weight: 130, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served and have proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true, to the best of my knowledge and belief F.S. 92.525 Verification of documents.

Chris Yeoman
SPS #262

ORANGE LEGAL, A VERITEXT COMPANY
633 East Colonial Drive
Orlando, FL 32803
(407) 898-4200

Our Job Serial Number: CIZ-2020014201
Ref: 4270350

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Date: 9/23/2020
Time: 2:25pm
Server: CY
ID #: 2/02

JODIE LYNN STONE DALY,
an individual,

*Plaintiff(s)*

v.    Civil Action No. 8:20-cv-2207-T-33AAS

BYL COLLECTION SERVICES, LLC and
CARDIONET, LLC, foreign entities,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CARDIONET, LLC
c/o CT CORPORATION SYSTEM, RA
1200 PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Swift Law, P.A.
10460 Roosevelt Blvd. N. Ste 313
St. Pete, FL 33716
727-755-3676

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  September 22, 2020                                C. Roberts
                                                *Signature of Clerk or Deputy Clerk*