**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JODIE LYNN STONE DALY,

       Case No.: 8:20-cv-02207-VMC-AAS

    Plaintiff,

v.

BYL COLLECTION SERVICES, LLC and
CARDIONET, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff hereby notifies the Court that Plaintiff and Defendants, BYL Collection Services, LLC and Cardionet, LLC, have reached a settlement in principle in this action. Upon full execution of a settlement agreement and compliance with all terms set forth therein, this matter will be dismissed, with prejudice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been filed via CM/ECF, which will notify Defendants' counsel on this 7th day of October, 2020.

        **SWIFT, ISRINGHAUS & DUBBELD P.A.**

        /s/ *Jon P. Dubbeld*
        **Aaron M. Swift, Esq., FBN 0093088**
        **Jordan T. Isringhaus, Esq., FBN 0091487**
        **Jon P. Dubbeld, Esq., FBN 105869**
        **Sean E. McEleney, Esq., FBN 125561**
        10460 Roosevelt Blvd. North
        Suite 313
        St. Petersburg, FL 33703
        Phone: (727) 755-3676
        Fax: (727) 255-5332
        aswift@swift-law.com
        jisringhaus@swift-law.com

jdubbeld@swift-law.com
smceleney@swift-law.com
*Counsel for Plaintiff*